HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. MCNAMARA, State Bar No. 180690
COLLEEN R. SMITH, State Bar No. 209719
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
KMcNamara@hfdclaw.com

Attorneys for Defendants, RELIANCE
STANDARD LIFE INSURANCE
COMPANY and DIONEX CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA STOTT, | NO. 05 -CV-03579 SI |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR FILING RELIANCE STANDARD'S ANSWER TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and through the attorneys of record for plaintiff CYNTHIA STOTT, Kletter & Peretz and attorneys of record for defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, Harrington, Foxx, Dubrow & Canter that the time for serving and filing RELIANCE STANDARD

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1 LIFE INSURANCE COMPANY'S responsive pleading to the First Amended

2 Complaint be extended to October 7, 2005, and request that the Court so order.

3

4                                          KLETTER & PERETZ

5

6 DATED:_____          By:_____
                                        CARY KLETTER
7                                       Attorneys for Plaintiff
                                        CYNTHIA STOTT
8

9

10

11 DATED: _____         HARRINGTON, FOXX, DUBROW &

12                                 CANTER, LLP

13

14                                 By:_____
                                        KEVIN P. MCNAMARA
15                                      COLLEEN R. SMITH
                                        Attorneys for Defendant, RELIANCE
16                                      STANDARD LIFE INSURANCE
                                        COMPANY and DIONEX
17                                      CORPORATION

18

19

20

21

22

23

24

25

26

27

28

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

LIFE INSURANCE COMPANY'S responsive pleading to the First Amended
Complaint be extended to October 7, 2005, and request that the Court so order.

KLETTER & PERETZ

DATED: 9/22/05

By: _____
CARY KLETTER
Attorneys for Plaintiff
CYNTHIA STOTT

DATED: 9/22/05

HARRINGTON, FOXX, DUBROW &
CANTER, LLP

By: _____
KEVIN P. MCNAMARA
COLLEEN R. SMITH
Attorneys for Defendant, RELIANCE
STANDARD LIFE INSURANCE
COMPANY and DIONEX
CORPORATION

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

## <u>ORDER</u>

1
2
3       IT IS HEREBY ORDERED THAT Defendant RELIANCE STANDARD
4   LIFE INSURANCE COMPANY's time to respond to the First Amended Complaint
5   is extended to October 7, 2005.
6
7   DATED: _____
8                                               Honorable Susan Illston
                                                United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



GRANTED

Judge Susan Illston

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222