**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA STOTT, | No. C 05-03579 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| RELIANCE STANDARD LIFE, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>May 31, 2006</u>.

DESIGNATION OF EXPERTS: <u>6/2/06</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 30, 3006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 14, 2006</u>;

Opp./X-Mo. Due <u>July 28, 2006</u>; Oppo./ Reply Due <u>August 11, 2006</u>; Final Reply Due <u>August 18, 2006</u>

 and set for hearing no later than <u>September 1, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 26, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>October 10, 2006</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall file supplemental briefs on the pending discovery matters.

A motion re: Standard of Review and Jury Demand shall be heard prior to the cross motions for summary judgment.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/9/06

SUSAN ILLSTON<br>
United States District Judge