CARY S. KLETTER (SBN: 210230)
KLETTER & PERETZ
One Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 732-3777
Facsimile: (415) 732-3791

Attorney for Plaintiff
CYNTHIA STOTT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA STOTT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; DIONEX CORPORATION and DOES 1-20;<br><br>　　　　　　　Defendants. | Civil Case No. 05-CV-03579 SI<br><br>[PROPOSED] ORDER OF DISMISSAL |

Based upon the stipulation of the PLAINTIFF CYNTHIA STOTT and DEFENDANTS RELIANCE STANDARD LIFE INSURANCE COMPANY and DIONEX CORPORATION that these parties have entered into a settlement agreement, and seek that this case be dismissed with prejudice,

IT IS ORDERED that this case is DISMISSED with prejudice.

_/s/ Susan Illston_
Hon. Susan Illston
Judge of the United States District Court for
the Northern District of California

**[Proposed] Order of Dismissal**　　　　　　　1